BRIGGS, DOING BUSINESS AS WALT'S AUTO PARKS & GARAGES, *v.* CITY OF LOS ANGELES ET AL.

No. 453.   Decided December 15, 1958.

*Morris Lavine* for appellant.

*Roger Arnebergh* and *Philip E. Grey* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.